FILED
2007 Aug-06 PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JILL LYNN CAMP,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No.:CV-07-AR-1281-S |
| ) | |
| **v.** ) | |
| ) | |
| **CAPTIAL ACCOUNTS, LLC,** ) | |
| a corporation; **EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC,** ) | |
| a corporation, ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR LEAVE FOR CAROLEE BERASI TO APPEAR PRO HAC VICE ON BEHALF OF CAPITAL ACCOUNTS, L.L.C.

AND NOW, comes Carolee Berasi, Esquire ("Movant") and file this Motion for Leave for to Appear Pro Hac Vice on behalf of Capital Accounts, LLC ("Capital") in the above-captioned matter, and in support thereof avers as follows:

1. Capital has been named as a Defendant in the above-captioned action.

2. On November 16, 1988, Movant was admitted to the practice of law before the Supreme Court of Pennsylvania, the highest court of Pennsylvania, upon examination, and has since been an active member in good standing in Pennsylvania.

3. On June 21, 2005, Movant was admitted to the practice of law in the State of Georgia upon Motion and has since been an active member in good standing in Georgia.

4. On December 12, 2005, Movant was licensed to the practice of law in the State of Tennessee upon Motion and is currently an active member in good standing in Tennessee.

5. Movant is duly licensed to practice law and a member in good standing of the United Stated District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Western District of Pennsylvania, the Northern District of Georgia and the Middle District of Georgia.

6. Movant is duly licensed to practice law and a member in good standing of the United States Court of Appeals for the Third Circuit.

7. Movant has over eighteen (18) years of experience in the practice of law, including practice in the federal courts.

8. Movant has been employed by Capital Accounts, LLC, as full-time, in-house counsel since July 2006.

9. Capital desires to have Movant represent it and Carolee Berasi wishes to defend Capital in the above-captioned matter.

WHEREFORE, Movant hereby prays this Honorable Court to grant leave to Movant to appear pro hac vice on behalf of Capital in the above-captioned action.

Respectfully Submitted,

s/Carolee Berasi_____
Carolee Berasi, Esquire
1827 Powers Ferry Road
Building # 5
Atlanta, GA  30339
Telephone: 678-302-0610
Facsimile:  678-302-0615
caroleeberasi@usecapital.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JILL LYNN CAMP,**     ) | |
| ) | |
| **Plaintiff,**     ) | Civil Action No.:CV-07-AR-1281-S |
| ) | |
| **v.**     ) | |
| ) | |
| **CAPTIAL ACCOUNTS, LLC,**     ) | |
| a corporation; **EQUIFAX**     ) | |
| **INFORMATION SERVICES, LLC,**     ) | |
| a corporation,     ) | |
| ) | |
| **Defendants.**     ) | |

## CERTIFICATE OF SERVICE

    I, Carolee Berasi, do hereby certify that on August 6, 2007, I filed the foregoing Motion for Leave to Appear Pro Hac Vice on Behalf of Capital Accounts, LLC, with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to:

M. Stan Herring  
M. Stan Herring, P.C.  
700 29th Street South  
Birmingham, AL  35233  

John G. Watts  
Watts Law Group, P.C.  
P.O. Box 531168  
Birmingham, AL  35253  

Douglas Bryant, Esquire  
Miller Hamilton, Snider & Odom, LLC  
500 Financial Center  
505 20th Street North  
Birmingham, AL  35203  

                                                  s/ Carolee Berasi_____  
                                                  Carolee Berasi, Esquire  
                                                  1827 Powers Ferry Road  
                                                  Building # 5  
                                                  Atlanta, GA  30339  
                                                  Telephone: 678-302-0610  
                                                  Facsimile:  678-302-0615  
                                                  caroleeberasi@usecapital.com